FILED
SEP 0 2 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>   Plaintiff,  <br> vs.  <br> RAMIREZ-ALEJO, SERGIO,  <br>   Defendant. | Case No. 11CR3185-GT  <br><br> **ORDER** |

IT IS HEREBY ORDERED that Sentencing Hearing currently set for November 7, 2011 at 9:30 a.m. shall be continue to December 7, 2011 at 9:30 a.m.

Dated: 9-1-11

UNITED STATES DISTRICT JUDGE
GORDON THOMPSON, JR.